This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

  Plaintiff-Appellee,

**vs.**                                                         **No. 31,764**

**DAVID STEVENS,**

  Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Robert Schwartz, District Judge**

Gary K. King, Attorney General
Margaret McLean, Assistant Attorney General
Santa Fe, NM

for Appellee

Jacqueline L. Cooper, Chief Public Defender
Sergio Viscoli, Assistant Appellate Defender
Santa Fe, NM

**MEMORANDUM OPINION**

**GARCIA, Judge.**

Defendant appeals from his conviction for voyeurism. This Court proposed to reverse Defendant's conviction based on the jury being improperly instructed. We further proposed to remand for a new trial. The State has conceded that the jury was improperly instructed and agrees with this Court's second notice of proposed disposition.

To the extent the State has requested an extension of time for filing a response to this Court's second notice of proposed disposition, the State's request is unnecessary. The document filed with this Court on April 30, 2012, serves as a response to this Court's second notice of proposed disposition. Moreover, the State's agreement with this Court's proposed disposition makes any further response unnecessary.

Accordingly, the Court reverses and remands Defendant's conviction for voyeurism.

**IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**


_____

2

**CYNTHIA A. FRY, Judge**

_____

**MICHAEL E. VIGIL, Judge**